**No. 46827.**—Protest 27748–K of B. R. Anderson & Co. (Seattle).

Opinion by TILSON, J. It was stipulated that the packages containing the salt consisted of 38 barrels and 105 half barrels, that they were American merchandise returned, and that they were so classified—entitled to free entry under paragraph 1615. This, it was held, is a concession on the part of the plaintiffs that the salt was not imported in bulk. Plaintiffs cited *Morse* v. *United States*, G. A. 4757 (T. D. 22462), but it was found that that case clearly distinguishes it from the case involved herein. The protest was therefore overruled.

**No. 46828.**—Protest 34862–K of Kirsch Bros. Co., Inc. (New York).

Opinion by TILSON, J. In accordance with the reports of the chemist, together with the testimony of the exporter that the importer refused to accept all the fish in this lot because its moisture content was more than 43 percent, the court found that the fish in question contained more than 43 percent moisture. In accordance therewith the so-called "medium" codfish was held dutiable at three-fourths of 1 cent per pound under paragraph 719 (2) as claimed.

**No. 46829.**—Protest 42646–K of F. B. Wilcon Co. (Boston).

Opinion by TILSON, J. The uncontradicted testimony of the only witness showed that the merchandise invoiced as 12 cases of cusk and 6 cases of hake is in fact fish, salted and boned, rather than filleted fresh fish, and the claim at 1½ cents per pound was therefore sustained.

**No. 46830.**—Protest 41353–K/89528 of Chicago Mail Order Co. (Chicago).

Opinion by TILSON, J. The witness for the plaintiff testified that exhibit 1 was unravelled by him in order to determine whether there was a distinct line of demarcation between the sole and the upper, and he found that there was. He further testified that the merchandise was identical to that the subject of Abstract 44482. In accordance therewith the protest was sustained as to the claim at 35 percent under paragraph 1530 (e) as boots or other footwear, the uppers of which are composed wholly or in chief value of wool, whether or not the soles are composed of leather, wood, or other material.